**Order of November 6, 2014 Withdrawn; Order filed November 18, 2014**



In The

# Fourteenth Court of Appeals

———————

NO. 14-14-00386-CR

———————

**RODNEY ROCHELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1383622**

## ORDER

On July 30, 2014, Carol Castillo, the substitute court reporter for the 176th District Court, filed the reporter's record in this case.

On November 3, 2014, appellant filed a motion to extend time to file his brief in which he alleged that he cannot complete his brief because the reporter's record contains exhibits that were not admitted at trial. Accordingly, we issue the following order:

We order Carol Castillo, the court reporter, to confirm the reporter's record to what occurred in the trial court and to certify and file a corrected reporter's record containing only the exhibits that were admitted at trial with the clerk of this court on or before **December 8, 2014.** Appellant's brief is due seven days after the corrected reporter's record is filed.

PER CURIAM